# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOSHUA CACHO,**

      **Plaintiff,**

v.                                **Case No: 6:23-cv-974-PGB-RMN**

**LAW OFFICES OF RICHARD H. WEISBERG, P.A. and 1ST NATIONAL LENDER LLC,**

      **Defendants.**

## ORDER

This case is before the Court upon periodic review. On January 17, 2024, the Court entered an Order directing Plaintiff to "show cause and file a response to the Order within seven (7) days from the date of this Order." (Doc. 25). Plaintiff has failed to comply with the Order, and the time to do so has now passed.

Therefore, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 31, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any Unrepresented Party